CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
September 08, 2025
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **MARVIN MAURICE MOORE,** | )  |
| Plaintiff, | ) Civil Action No. 7:25cv00575 |
| | ) |
| v. | ) MEMORANDUM OPINION |
| | ) |
| **MAILROOM, et al.,** | ) By: Robert S. Ballou |
| Defendants. | ) United States District Judge |

Plaintiff Marvin Maurice Moore, a Virginia inmate proceeding *pro se*, filed this civil action under 42 U.S.C. § 1983 against the Mailroom, Isabell Librarian, and Counselor Rutledge. His allegations are unclear, in that he has not stated what each individual defendant has done to violate his constitutional rights. In general, he alleges that there are problems with mail delays and "mail disturbance," some unascertainable issue with the law library, and he has been "pre stoped (sic) by pen neglect, envelope neglect." Compl. at 2. As currently pled, his Complaint does not state a claim for which relief may be granted. Further, Moore did not pay the applicable filing fee at commencement of the suit, and court records indicate that he has at least three prior actions dismissed for failure to state a claim upon which relief may be granted before he filed this suit.[1] Under the provisions of the Prison Litigation Reform Act, Moore may not proceed with this action unless he either prepays the entire filing fee or shows that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Moore has not alleged that he is in danger of any physical injury, much less imminent danger of serious physical injury, nor has he paid the filing fee. Because he must pay the full filing fee and the administrative fee at the time he files the action, I will dismiss his Complaint

---

[1] *See, e.g., Moore v. D.O.C.*, No. 7:24cv00541 (W.D. Va. Dec. 23, 2024); *Moore v. River North*, No. 7:24cv00750 (W.D. Va. June 30, 2025); *Moore v. Irving*, No. 1:22cv1379 (E.D. Va. Sept. 17, 2024).

without prejudice to his right to refile his suit, if he chooses to do so, as long as his suit is accompanied by the appropriate fees at the time of filing.

    A separate final order will be entered this day.

                                   Enter:  September 6, 2025

                                   /s/ Robert S. Ballou

                                   Robert S. Ballou
                                   United States District Judge